No. 71–6197.  TRAMEL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–6279.  MUNGIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6292.  JACKSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–6296.  EPPERSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–6297.  RHODEN ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6303.  ZEMKE ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–6304.  VILHOTTI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–6308.  FERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6327.  COLEMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6332.  HAMILTON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–6339.  MORAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6375.  LALWANI *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.